STATE of Missouri, Respondent,

v.

James DORSEY a/k/a Ronald Brackett, Appellant.

No. WD 33964.

Missouri Court of Appeals,
Western District.

Sept. 27, 1983.

Rehearing Denied Nov. 29, 1983.

Richard E. McFadin, F.A. White, Jr., and Thomas C. Fincham of McFadin & White, North Kansas City, Mo., for appellant.

John Ashcroft, Atty. Gen., George Cox, Asst. Atty. Gen., Jefferson City, Mo., for respondent.

Before SOMERVILLE, P.J., and SHANGLER and MANFORD, JJ.

PER CURIAM:

ORDER

This is a direct appeal from a jury conviction for robbery, first degree, in violation of § 569.020, RSMo 1978.

No jurisprudential purpose would be served by written opinion.

Judgment affirmed. All concur.

Rule 30.25(b).